FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 SEP 22 PM 4: 15

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

IN RE: ) Case No: CR315-006 US v. Armenta-Garcia
LEAVE OF ABSENCE REQUEST FOR )
S. RYAN DIXON )
October 9, 12 & 13, 2015 )

## ORDER

Upon consideration of the Motion for Leave of Absence filed by S. Ryan Dixon, Attorney for the Defendant, for October 9, 12 & 13, 2015, for the purpose of family vacation, the same is hereby GRANTED.

This 22nd day of Sept., 2015.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA